AO 241 (Rev. 09/17)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts | |
|---|---|---|
| Name (under which you were convicted): Timothy J. Morse | | Docket or Case No.: |
| Place of Confinement: Clinton District Court, Office of the Clerk | Prisoner No.: n/a | |
| Petitioner (include the name under which you were convicted) Timonthy J. Morse | v. | Respondent (authorized person having custody of petitioner) Clerk of the Clinton District Court |
| The Attorney General of the State of: Massachusetts | | |

FILED IN CLERK'S OFFICE

PETITION

MAR 18 '22 PM 3:58 USDC MA

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Clinton District Court, 300 Boylston St, Clinton, MA 01510

   (b) Criminal docket or case number (if you know): 9768CR1556, 9768CR1448, 9868CR0085

2. (a) Date of the judgment of conviction (if you know): 02/20/1998

   (b) Date of sentencing: 02/20/1998

3. Length of sentence: 2.5 years HC 6 months to serve w probation; probation

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
   ☑ (2) Guilty            ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  n/a

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes   ☒ No

8. Did you appeal from the judgment of conviction?

☐ Yes   ☑ No

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☐ Yes   ☐ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

AO 241 (Rev. 09/17)

    (4) Date of result (if you know):

    (5) Citation to the case (if you know):

    (6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court:   Clinton District Court

           (2) Docket or case number (if you know):   9768CR1556, 9768CR1448, 9868CR0085

           (3) Date of filing (if you know):   12/31/1998

           (4) Nature of the proceeding:   Motion for new trial

           (5) Grounds raised:   Plea counsel had a conflict under the Federal Standard, Plea counsel offered ineffective assistance of counsel, knowingly, voluntarily and intelligently made, and defendant is innocent.

           (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

           ☑ Yes   ☐ No

           (7) Result:   Denied

AO 241 (Rev. 09/17)

   (8) Date of result (if you know): 01/08/2018

 (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court:

   (2) Docket or case number (if you know):

   (3) Date of filing (if you know):

   (4) Nature of the proceeding:

   (5) Grounds raised:

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☐ No

   (7) Result:

   (8) Date of result (if you know):

 (c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court:

   (2) Docket or case number (if you know):

   (3) Date of filing (if you know):

   (4) Nature of the proceeding:

   (5) Grounds raised:

AO 241 (Rev. 09/17)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ❏ Yes  ❏ No

    (7) Result: _____

    (8) Date of result (if you know): _____

  (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:  ☑ Yes  ❏ No
    (2) Second petition: ❏ Yes  ❏ No
    (3) Third petition:  ❏ Yes  ❏ No

  (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

  n/a

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

  **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Plea counsel had a conflict of interest with petitioner under the Federal standard

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached summary.

(b) If you did not exhaust your state remedies on Ground One, explain why: n/a

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☑ Yes ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: Motion for new trial

    Name and location of the court where the motion or petition was filed: Clinton District Court, 300 Boylston St, Clinton, MA 01510

    Docket or case number (if you know): 9768CR1556, 9768CR1448, 9868CR0085

    Date of the court's decision: 01/08/2018

    Result (attach a copy of the court's opinion or order, if available): Denied. See attached.

    (3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

    (4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: Massachusetts Appeals Court, John Adams Courthouse Rm 1200, One Pemberton Square, Boston, MA 01208

    Docket or case number (if you know): 20P0336

    Date of the court's decision: 01/20/2022

    Result (attach a copy of the court's opinion or order, if available): Affirmed. See attached.

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:   Filed application for further appellate review in SJC

**GROUND TWO:**   Plea counsel offered ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached.

(b) If you did not exhaust your state remedies on Ground Two, explain why:   n/a

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ❏ Yes   ❏ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:   _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   motion for new trial

Name and location of the court where the motion or petition was filed:   Clinton District Court,

300 Boylston St, Clinton, MA 01510

Docket or case number (if you know):   9768CR1556, 9768CR1448, 9868CR0085

Date of the court's decision: 01/08/2018

Result (attach a copy of the court's opinion or order, if available): See attached.

(3) Did you receive a hearing on your motion or petition?  ☑ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Massachusetts Appeals Court, John Adams Courthouse, Room 1200, Boston, MA 02108

Docket or case number (if you know): 20P0336

Date of the court's decision: 01/20/2022

Result (attach a copy of the court's opinion or order, if available): Affirmed. See attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

n/a

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : Filed application for further appellate review in SJC

**GROUND THREE:**   Plea was not knowingly, voluntarily, and intelligently made

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:   n/a

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   motion for new trial

Name and location of the court where the motion or petition was filed:   Clinton District Court

300 Boylston St, Clinton, MA 01510

Docket or case number (if you know):   9768CR1556, 9768CR1448, 9868CR0085

Date of the court's decision:   01/08/2018

Result (attach a copy of the court's opinion or order, if available):   Denied. See attached.

(3) Did you receive a hearing on your motion or petition?   ☑ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Massachusetts Appeals Court

John Adams Courthouse, One Pemberton Square, Boston, MA 22108

Docket or case number (if you know):   20P0336

Date of the court's decision:   01/20/2022

Result (attach a copy of the court's opinion or order, if available):   Affirmed. See attached.

AO 241 (Rev. 09/17)

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

    n/a

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:   Filed application for further appellate review in SJC

**GROUND FOUR:**  Petitioner is innocent.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached.

(b) If you did not exhaust your state remedies on Ground Four, explain why:   n/a

(c)   **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:

(d)   **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☒ Yes   ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:   motion for new trial

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: Clinton District Court, 300 Boylston St, Clinton, MA 01510

Docket or case number (if you know): 9768CR1556, 9768CR1448, 9868CR0085

Date of the court's decision: 01/08/2018

Result (attach a copy of the court's opinion or order, if available): Denied. See attached.

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Massachusetts Appeals Court, John Adams Courthouse, One Pemberton Square, Boston, MA 02108

Docket or case number (if you know): 20P0336

Date of the court's decision: 01/20/2022

Result (attach a copy of the court's opinion or order, if available): Affirmed. See attached.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

n/a

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Filed application for further appellate review in SJC

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes   ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:   n/a

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   n/a

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.   n/a

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   n/a

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing:   Christopher Uhl, lka 73 Sears Rd, Southboro, MA  01773

   (b) At arraignment and plea:   Christopher Uhl, lka 73 Sears Rd, Southboro, MA  01773

   (c) At trial:   n/a

   (d) At sentencing:   Christopher Uhl, lka 73 Sears Rd, Southboro, MA  01773

   (e) On appeal:   n/a

   (f) In any post-conviction proceeding:   David Erickson, 481 Great Road Ste 214, Acton, MA  01720

   (g) On appeal from any ruling against you in a post-conviction proceeding:   David Erickson, David Erickson, 481 Great Road Ste 214, Acton, MA  01720

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes   ☑ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
   n/a

   (b) Give the date the other sentence was imposed:  _____
   (c) Give the length of the other sentence:  _____
   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

   I filed a motion for a new trial (to withdraw my guilty plea) within one year of my conviction being final. I plead on February 20, 1998, and that plea became final when the time to file a notice of appeal expired.  I filed a motion for a new trial (to withdraw my guilty plea) at the end of December 1998.  The papers were dated December 28, 1998, and forwarded under cover of letter dated December 22, 1998. The court took no action on them and they were found in the court's file.  I refiled these papers in

AO 241 (Rev. 09/17)

May 1999 apparently after the state public defenders office told me how to request counsel.

The court took no action on these papers other than to docket these pleadings.

I was in custody at the time and have continuely had to register as a sex offender in the state of Massachusetts. My attorney located the motion for a new trial and pressed the motion. The motion was denied and I filed a timely appeal and application for further appellate review which were both denied. I have filed this petition promply and any time from when my conviction became final is tolled. I continue to have to register and I am prejudiced by the conviction.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Appoint him counsel, find that his registration as a sex offender is sufficent to meet the juristriction requirements of this petition, and allow this petition.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on 3/18/22 (date).

X *[signature]* Timothy [Moran]
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

n/a