# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Timothy J. Morse
**Petitioner**

V.

Clerk of the Clinton District Court
**Respondent**

**CIVIL ACTION**

**NO.** 4:22-cv-40030-TSH

## O R D E R

HILLMAN, D.J.

    **Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same to the Respondent AND the Attorney General for the Commonwealth of Massachusetts, Attention: Chief of the Appellate Division, Office of the Attorney General, One Ashburton Place, 19th Floor, Boston, MA 02108-1598.**

    **It is further ordered that the Respondent shall, within 21 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus. The answer (or other responsive pleading) must also include a statement notifying this Court of the existence of any victim or victims as defined by 18 USC § 3771.**

    **This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.**

3/21/2022
**Date**

/s/ Timothy S. Hillman
**United States District Judge**

(2254 Service Order.wpd - 12/27/11)