UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MORSE,<br><br>    Petitioner,<br><br>v.<br><br>CLERK,<br>CLINTON DISTRICT COURT,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-40030-TSH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENT'S MOTION TO DISMISS

The respondent respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the ground that the petitioner was not in custody at the time he filed his petition. The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

WHEREFORE, for the foregoing reasons, the respondent requests that this Court dismiss this action in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).

    Respectfully submitted,

    MAURA HEALEY
    Attorney General

    /s/ Tara L. Johnston
    Tara L. Johnston (BBO #658879)
    Assistant Attorney General
    Appeals Division
    Criminal Bureau
    Massachusetts Attorney General's Office
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200, ext. 2677

(617) 573-5358 (fax)  
tara.johnston@mass.gov

Dated: May 23, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, I caused a true copy of this document to be served on the petitioner, Timothy Morse, by mailing the document by first-class mail, postage pre-paid, to the following address:

>	Timothy J. Morse  
>	38 Colby Avenue  
>	Worcester, MA 01605

/s/ Tara L. Johnston  
Tara L. Johnston  
Assistant Attorney General