# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____  )
  )
TIMOTHY MORSE,  )
  )
     Petitioner,  )
  )
v.  )     Civil Action No. 22-40030-TSH
  )
CLERK,  )
CLINTON DISTRICT COURT,  )
  )
     Respondent.  )
  )
_____  )

## APPENDIX TO
## MEMORANDUM OF LAW IN SUPPORT OF RESPONDENT'S
## MOTION TO DISMISS

_Contents_            _Page_

Criminal Docket
_Commonwealth v. Timothy Morse_, 9768CR1556 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Criminal Docket
_Commonwealth v. Timothy Morse_, 9768CR1484. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Criminal Docket
_Commonwealth v. Timothy Morse_, 9868CR0085. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Assembled Record for Dockets 9768CR1556, 9768CR1484, and 9868CR0085 . . . . . . . . . . . . . . 17

Letter from SORB Regarding Mr. Morse's sex offender classification . . . . . . . . . . . . . . . . . . . . . . . .31

Respectfully submitted,

MAURA HEALEY
Attorney General

/s/ Tara L. Johnston<br>
Tara L. Johnston (BBO #658879)<br>
Assistant Attorney General<br>
Appeals Division<br>
Criminal Bureau<br>
One Ashburton Place<br>
Boston, Massachusetts 02108<br>
(617) 727-2200, ext. 2677<br>
(617) 573-5358 (fax)<br>
tara.johnston@mass.gov

Dated: May 23, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, I caused a true copy of this document to be served

on the petitioner, Timothy Morse, by mailing the document by first-class mail, postage pre-paid,

to the following address:

Timothy J. Morse
38 Colby Avenue
Worcester, MA 01605

/s/ Tara L. Johnston
Tara L. Johnston
Assistant Attorney General

**CRIMINAL DOCKET**

| DOCKET NO. | ATTORNEY NAME |
|---|---|
| 9768 CR 1556 | 4/23/98 John Morrison Act. UCE |

DIVISION: Clinton

☐ Interpreter Required (language:)

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Timothy J. Morse

017 56 7156

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 10/26/56M | 635a 606,645,600 |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
|---|---|
| June-Nov.,1997 | Clinton |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Brescia | Clinton |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 11/21/97 | 11/21/97 arraignment |

DATE & JUDGE
11/21/97 Fallon
11/21/99 Fallon

☒ Attorney appointed (SJC R. 310)
☐ Atty denied & Deft advised per 211D §2A
☐ Waiver of counsel found after colloquy — No App

Terms of release to:
☐ PR ☒ Bail: $10,000 Cash
☐ Held (276 §58A)
☐ See back for special conditions

Arraigned and advised:
☐ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

Advised of right to jury trial — 2/20/98 Fallon
☐ Does not waive
☒ Waiver of jury trial found after colloquy

Advised of trial rights as pro se (Supp.R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

---

**COUNT-OFFENSE**

**A. RAPE AND ABUSE CHILD UNDER 16 C265 S23**

| | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 2/20/98 Fallon

SENTENCE OR OTHER DISPOSITION:
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial probation(276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

DISPOSITION METHOD:
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the above

FINDING:
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

FINAL DISPOSITION:
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

27098826 12/29/97 BAIL DATE

---

**COUNT-OFFENSE**

**B. INDECENT A&B, CHILD UNDER 14 C265 S13B**

| | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|

DISPOSITION DATE & JUDGE: 2/20/98 Fallon

2/20/98 Judges Rec + (See plea of 2/20/98)
2½ yrs HofC; 6 months to serve Bal susp 2/25/00
No Contact w/victim + family
No unsupervised contact w/children under 14 yrs of age
Sex Offender Counseling as recom. by probation

SENTENCE OR OTHER DISPOSITION:
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial probation(276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

DISPOSITION METHOD:
☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the above

FINDING:
☐ Not Guilty
☒ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

FINAL DISPOSITION:
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

---

**COUNT-OFFENSE**

**C. UNNATURAL ACT WITH CHILD UNDER SIXTEEN C272 S35A**

| | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 2/20/98 Fallon

SENTENCE OR OTHER DISPOSITION:
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial probation(276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

DISPOSITION METHOD:
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the above

FINDING:
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

FINAL DISPOSITION:
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

JUDGE | DATE

---

**COUNT-OFFENSE**

**D. DISSEMINATION OBSCENE MATERIAL TO MINOR C272 S28**

| | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 2/20/98 Fallon

SENTENCE OR OTHER DISPOSITION:
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial probation(276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☒ Dismissed upon: ☒ Request of Comm. ☐ Request of victim
☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

DISPOSITION METHOD:
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the above

FINDING:
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

FINAL DISPOSITION:
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

JUDGE | DATE

☐ ADDITIONAL COUNTS ATTACHED

| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | Appx. 1 |
|---|---|---|---|

COURT ADDRESS
Rt. 70 - Boylston St.
P.O. Box 30
Clinton, MA 01510

DC-CR 1 (12/95)

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | JUDGE | TAPE NO. | START | STOP |
|-----|---------------|-----------------|--------|--|-------|----------|-------|------|
| 1 | 12/19/97 | PTH | ☐ Held ☐ Cont'd | | | | | |
| 2 | 12/23/97 | PTH | ☐ Held ☑ Cont'd (30 days Waived) | | | | | |
| 3 | 2/20/98 | PCH | ☐ Held ☐ Cont'd | | | | | |
| 4 | 6-23-98 | V. OP. | ☐ Held ☐ Cont'd | | | | | |
| 5 | 7-17-98 | M. | ☐ Held ☐ Cont'd | | | | | |
| 6 | 12/14/99 | MOTION | ☐ Held ☐ Cont'd | | | | | |
| 7 | | | ☐ Held ☐ Cont'd | | | | | |
| 8 | | | ☐ Held ☐ Cont'd | | | | | |
| 9 | | | ☐ Held ☐ Cont'd | | | | | |
| 10 | | | ☐ Held ☐ Cont'd | | | | | |

ARR=Arraignment   PT=Pretrial hearing   CE = Discovery compliance & jury election   T= Bench trial   J = Jury trial   PC = Probable cause hearing   M = Motion hearing   SR = Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance without finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|-----------|--|
| 6-18-98 | Warrant issued |
| 6/23/98 | Warrun from WMS |
| 6/23/98 | FG of VOP 18 mths HofC Committed Fallon ) |
| 07-23-98 | MOTION TO WITHDRAW AS COUNSEL FILES, RET. 07-17-98 |
| | Δ's NOTICE OF APPEAL FILED |
| 7/24/98 | Motion to Withdraw Allowed Reynolds ) |
| 8/3/98 | Motion for Appointment of Counsel Filed by deft. Habe Sent 8/25/98. |
| 8/25/98 | Motion Under Advisement Fallon ) |
| 8/27/98 | Motion Denied Fallon ) (Notice sent to T Morse) |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | √ WAIVED |
|----------------------|--|--------------------|--------|----------------------|----------|
| | | Legal Counsel Fee (211D §2A ¶2) | | | |
| | | Legal Counsel Contribution (211D §2) | | | |
| | | Court Costs (280 §6) | | | |
| | | Drug Analysis Fee (280 §6B) | | | |
| | | OUI §24D Fee (90 §24D ¶9) | | | |
| | | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | | Probation Supervision Fee (276 §87A) | | | |
| | | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| DOCKET | | Docket Number |
|---|---|---|
| CONTINUATION | Commonwealth vs Timothy J Morse | 9768 CR 1556 |

1. 11/21/97   Defendant arraigned in Clinton Division and held on bail $10,000.00 Cash Case continued to 12/23/97. Michael J Murray, Esquire appointed for Bail Purposes. Public Counsel Services appointed for hearing on 12/23/97. (30 Days waived) Fallon J

2. 12/23/97   Motion to restrict access to video tapes filed by Christopher Uhl, Esquire Motion allowed by Curran, J.  Case continued to 2/20/98 for Probable Cause Hearing.

3. 12/24/97   Bail posted for defendant and defendant released on $10,000.00 Cash

4. 2/20/98   Tender of Plea submitted to Court and accepted (see dispo on front of docket sheet) Fallon J

5. 6/18/98   Warrant issued for defendant for violation of terms if release of no contact.

6  6/19/98   Defendant arrested and held on $50,000.00 Cash bail. Michael Bailey, Esquire for bail purposes only.  Case continued to 6/23/98 for Viol of Probation Hearing Fallon J

7. 6/23/98   Defendant Found Guilty of Violation of Probation: 18 Months H of C Committed. John Morrison, Esquire appointed for defendant on Violation of Probation Hearing.    Fallon J

8. 7/3/98   Notice to withdraw as counsel filed by John Morrison, Esquire.  Notice of Appeal filed this date also.

9. 7/24/98   Motion to withdraw as counsel allowed   Reynolds, J

10. 7/28/98   Motion to revise and revoke filed this date by defendant.

11. 8/3/98   Motion for appointment of counsel filed by defendant.  Habe sent for deft 8/25/98.

12. 8/25/98   Motion for appointment of counsel taken under advisement by Fallon J

13. 8/27/98   Motion for appointment of counsel denied. Notice sent to defendant at H of C of Denial of motion.  Fallon J

        Record assembled and sent to Mass Court of Appeals by Carol A Haley, Assistant Clerk-Magistrate

14. 4/20/99   Notice of docket entry from Court of Appeals - Motion to extend brief due date of Commonwealth allowed to 7/23/99. No further enlargement.

15. 9/99   Brief and Appendix for the Commonwealth received.

16. 12/14/99   C 12/17/99 Motion filed by Atty Marie McGuirk to withdraw. Atty McGuirk Appointed by CPCS for appeal court matters. *allowed  Loconto J*

17. 12/17/99   C 12/28/99 Locke J

18. 12/28/99   Motion to revise and revoke denied. Original sentense is corrected on docket c to 1/7/00. *Philbin J*   *2 yrs Corrected to 2yrs Ho fC*

19. 12/31/99   Notice of Appeal Filed and request for rulings and findings filed.

20. 1/7/00   Atty Bosk did not appear on this date. Defendant sent back to H of C Locke, J

21. 2/10/00   Judge Philbin notified of request for findings and rulings Judge Philbin states they are not required on Motion to Revise and Revoke. Notice typed and sent to parties.  Tapes orderd this date.

22. 2/16/00   Tapes received this date and sent for transcribing.

23. 2/24/00   Fax received from Catuogno Court reporting requesting *more* information.

COMMONWEALTH VS TIMOTHY J MORSE   DOCKET NO. 9768 CR 1556

Page 2

| | | |
|---|---|---|
| 2/24/00 | Information faxed this date to agency asap by cah see copy of letter enclosed. |
| 24.4/13/00 | Letter received requesting copies of docket reflecting corrected sentence by M. Griffin, Esquire and mailed on 4/24/00. |
| 25.4/20/00 | Motion to dismiss appeal filed along with affidavit of T. Morse and M Griffin, Esq |

3/2/01

26. 3/26/01    Motion to Revise + Revoke filed

12/7/01    Motion to R+R Scheduled for 12/21/01

12/21/01    C to 1/15/02 Amended transcript filed

1/15/02    C 2/15/02

2/15/02    C 2/19/02 Habe done

2/19/02    C 2/26/02 Habe

2/26/02    Motion to Revise + Revoke
            Denied.   MSBJ

| CRIMINAL DOCKET | DOCKET NUMBER |
|---|---|
| DOCKET ENTRIES | Timothy J Morse |

DOCKET NUMBER: 97 68 CR 1556

| DATE | DOCKET ENTRIES |
|---|---|
| 8/12/16 | Motion to withdraw Guilty Plea Filed |
| | Affidavit of Timothy Morse filed |
| | Memorandum of Law filed |
| | Motion to File an Amendment to the Deft's First Motion for New Trial filed |
| | Memorandum in Support filed |
| | Affidavit's of Marlene S Beaurais |
| | Gloria Urbie Patulak |
| | Kirk St Onge |
| | Robert A Beaurais |
| | James Hickey |
| | Michael Millman |
| | Supplemental Affidavit of Timothy Morse filed |
| | Affidavit of David H Erickson and Attachments filed |
| | Case Scheduled for 10/3/16 |
| 10/3/16 | Judge Gardner Recuses himself from Case C to 11/14/16 for scheduling before another Justice. |
| 10/27/16 | Atty Erickson called and message left regarding rescheduling the 11/14/16 date. Judge Gardner is on the Bench. |
| 11/4/16 | Case to be specially assigned. Information faxed to Ms Larkin for scheduling. Scheduled for 12/13/16 for first appearance before Judge Locke on Motion for New Trial. Cases Both Notified |
| 12/13/16 | C to 4/14/17 for hrg SA Judge Locke |
| 12/29/16 | Called Sheila Larkin to inform her of 4/14/17 date left message on VM. Can 1st AEM |
| 1/5/17 | Faxed docket to RA Office in Fitchburg |

APPROVED ABBERVIATIONS
ARR = Arraignment   PT= Pretrial hearing   CE = Discovery compliance & jury selection   T = Bench trial   JT = Jury trial   PC = Probable cause hearing M = Motion hearing   SR= Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = probation revocation hearing

| CRIMINAL DOCKET | DEFENDANT NAME | DOCKET NUMBER |
| DOCKET ENTRIES | Timothy J Morse | 9768CR 1556 |

| DATE | DOCKET ENTRIES |
|---|---|
| 4/14/17 | Case C to 5/25/17 before Judge Locke J as a special assignment. |
| 5/25/17 | Judge Locke recuses himself from Case. Parties notified Case C 8/14/17 for hrg. New Judge to be assigned.    Locke J. |
| 5/26/17 | Case to be transferred to Worcester per Judge P. Loconto. Transfer order done |
| 6/29/17 | Order of Transfer Received from Worcester Div Matter transferred to Worcester |
| 1/8/18 | Deft's Motion for Heard by Judge Pellegrini and Denied. |
| 2/28/18 | Notice of Decision Sent to Atty Erickson and ADA Beaudoin |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**APPROVED ABBERIVATIONS**
ARR = Arraignment   PT= Pretrial hearing   CE = Discovery compliance & jury selection   T = Bench trial   JT = Jury trial   PC = Probable cause hearing M = Motion hearing   SR= Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = probation revocation hearing

DOCKET NO.

ATTORNEY NAME: Michael Bailey-Flew  *Christopher White - Esq.*

__SION__ Clinton

☐ Interpreter Required *(language:)*

DATE & JUDGE: 11/7/97 *Fallon*
☑ Attorney appointed (SJC R. 3:10)
☐ Atty denied & Deft advised per 211D §2A
☐ Waiver of counsel found after colloquy

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Timothy J. Morse
1 Coolidge Place  Apt. 614
Clinton, Ma. 01510

11/7/97 *Fallon*
Terms of release set
PR ☐ Bail $ *3,000.00 Cash*
☐ Held (276 §58) *Placed W/R*
☐ See back for special conditions *$5,000 Surety or*
*$3,000*
*Cash*

Arraigned and advised
☐ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
| 10/26/66 M | 605 |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
| 11/7/97 | Clinton |

| COMPLAINANT | POLICE DEPARTMENT *(if applicable)* |
| Off. Welch | Clinton |

Advised of right to jury trial
☐ Does not waive
2/20/98 *Fallon* ☑ Waiver of jury trial found after colloquy

| DATE OF COMPLAINT | RETURN DATE AND TIME |
| 11/7/97 | 11/7/97 @ 8:30 AM |

Advised of trial rights as pro se (Supp.R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

| COUNT-OFFENSE *(DOMESTIC)* A. **ASSAULT AND BATTERY C265 S13A** | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |

DISPOSITION DATE & JUDGE
2/20/98 *Fallon*

| DISPOSITION METHOD | FINDING | SENTENCE OR OTHER DISPOSITION |
| ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning | ☐ Not Guilty | ☐ Sufficient facts found but continued without guilty finding until: |
| | ☑ Guilty | ☑ Probation 2/20/00  ☐ Pretrial probation(276 §87) - until: |
| | ☐ Not Responsible | ☐ To be dismissed upon payment of court costs/ restitution |
| | ☐ Responsible | ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim |
| ☐ Bench Trial | ☐ No Probable Cause | ☐ Request of Deft ☐ Failure to prosecute ☐ Other: 2397A026 11/13/97 BAIL 5000.00 |
| ☐ Jury Trial | ☐ Probable Cause | ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) |
| ☐ None of the above | | |

*Concurrent W/9708CR1556*
*(V 2696  $2500 to serv)*

FINAL DISPOSITION                JUDGE                DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |

DISPOSITION DATE & JUDGE

| DISPOSITION METHOD | FINDING | SENTENCE OR OTHER DISPOSITION |
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning | ☐ Not Guilty | ☐ Sufficient facts found but continued without guilty finding until: |
| | ☐ Guilty | ☐ Probation ☐ Pretrial probation(276 §87) - until: |
| | ☐ Not Responsible | ☐ To be dismissed upon payment of court costs/ restitution |
| | ☐ Responsible | ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim |
| ☐ Bench Trial | ☐ No Probable Cause | ☐ Request of Deft ☐ Failure to prosecute ☐ Other: |
| ☐ Jury Trial | ☐ Probable Cause | ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) |
| ☐ None of the above | | |

FINAL DISPOSITION                JUDGE                DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |

DISPOSITION DATE & JUDGE

| DISPOSITION METHOD | FINDING | SENTENCE OR OTHER DISPOSITION |
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning | ☐ Not Guilty | ☐ Sufficient facts found but continued without guilty finding until: |
| | ☐ Guilty | ☐ Probation ☐ Pretrial probation(276 §87) - until: |
| | ☐ Not Responsible | ☐ To be dismissed upon payment of court costs/ restitution |
| | ☐ Responsible | ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim |
| ☐ Bench Trial | ☐ No Probable Cause | ☐ Request of Deft ☐ Failure to prosecute ☐ Other: |
| ☐ Jury Trial | ☐ Probable Cause | ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) |
| ☐ None of the above | | |

FINAL DISPOSITION                JUDGE                DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |

DISPOSITION DATE & JUDGE

| DISPOSITION METHOD | FINDING | SENTENCE OR OTHER DISPOSITION |
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning | ☐ Not Guilty | ☐ Sufficient facts found but continued without guilty finding until: |
| | ☐ Guilty | ☐ Probation ☐ Pretrial probation(276 §87) - until: |
| | ☐ Not Responsible | ☐ To be dismissed upon payment of court costs/ restitution |
| | ☐ Responsible | ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim |
| ☐ Bench Trial | ☐ No Probable Cause | ☐ Request of Deft ☐ Failure to prosecute ☐ Other: |
| ☐ Jury Trial | ☐ Probable Cause | ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) |
| ☐ None of the above | | |

FINAL DISPOSITION                JUDGE                DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

☐ ADDITIONAL COUNTS ATTACHED

COURT ADDRESS
Rt. 70 - Boylston St.
P.O. Box 30
Clinton, MA  01510

| A TRUE COPY ATTEST: **X** | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | Appx. 7 |

DC-CR 1 (12/95)

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | JUDGE | TAPE NO. | START | STOP |
|-----|----------------|-----------------|--------|-------|----------|-------|------|
| 1 | 12/5/97 | PTH | ☐ Held   ☐ Cont'd | | | | |
| 2 | 12/4/97 | PTH | ☐ Held   ☐ Cont'd | | | | |
| 3 | 12/23/97 | PTH | ☐ Held   ☐ Cont'd | | | | |
| 4 | 2/20/98 | PCH | ☐ Held   ☐ Cont'd | | | | |
| 5 | 6-23-98 | V.O.P. | ☐ Held   ☐ Cont'd | | | | |
| 6 | 12/14/99 | Motion | ☐ Held   ☐ Cont'd | | | | |
| 7 | | | ☐ Held   ☐ Cont'd | | | | |
| 8 | | | ☐ Held   ☐ Cont'd | | | | |
| 9 | | | ☐ Held   ☐ Cont'd | | | | |
| 10 | | | ☐ Held   ☐ Cont'd | | | | |

ARR=Arraignment   PT=Pretrial hearing   CE = Discovery compliance & jury election   T= Bench trial   J = Jury trial   PC = Probable cause hearing   M = Motion hearing   SR = Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|------------|----------------------|
| 6/23/98 | Found Guilty of VOP - 2½ yrs HofC Committed ON+After 9868CR0085A |
| 8/7/98 | Motion to Correct Clerk's Minutes and Issue new Mitt Fallon) filed   Habe Sent 8/25/98 |
| 8/25/98 | Motion Under Advisement   Fallon) |
| | 8/27/98 Motion Denied Fallon)   (Notice sent to T. Morse) |
| 12/29/98 | Notice of Docket Entry: Motion Extend time for filing Notice of Appeal - Appeal to be filed on or before 1/11/99 Lenk) (AppCt |
| 1-11-99 | Notice of Appeal by defendant |
| DEC 14 1999 | C 12/17/99 (oconto) |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | √ WAIVED |
|----------------------|--------------------|--------|----------------------|----------|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI $24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| DOCKET CONTINUATION | NAME OF CASE COMM VS TIMOTHY J MORSE | DOCKET NUMBER 9768 CR 1484 |
|---|---|---|

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | 11/7/97 | Defendant arraigned this date Bail set at $5000 Cash Fallon, J |
| | | case continued to 12/5/97 |
| | 12/5/97 | Case continued to 12/23/97 Fallon, J |
| | 12/23/97 | Case continued to 2/20/98 for Probable Cause Hearing Fallon, J |
| | 2/20/98 | Guilty Finding entered Deft placed on probation until 2/26/99 to be |
| | | concurrent with docket number 9768 CR 1556 Fallon, J |
| | 6/23/98 | Case scheduled for Violation of Probation Hearing this date |
| | | Defendant Found Guilty of Violation of Probation - 2½ yrs H of C |
| | | Committed to be served on and after sentence imposed in docket number |
| | | 9868 CR 0085A Fallon, J |
| | 8/7/98 | Motion to Correct Clerk's ~~Minutes~~ Mittimus and Issue new Mittimus Filed and |
| | | Habe sent for defendants appearance on 8/25/98 |
| | 8/25/98 | Motion taken under advisement Fallon, J |
| | 8/27/98 | Motion Denied Fallon, J  ( Notice sent to Deft) |
| | 12/29/98 | Notice of Docket Entry:  Motion to extend time for filing notice of |
| | | appeal -Appeal to be filed on or before 1/11/99 Lenk J (Apps Ct.) |
| | 1/11/99 | Notice of Appeal filed by Defendant |
| | 5/17/99 | Motion to withdraw guilty plea filed by defendant |
| | 7/9/99 | RECORD ASSEMBLED AND SENT TO APPEALS COURT CAH ACM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DC-CR 14 (12/89)

Appx. 9

| | | |
|---|---|---|
| **DOCKET CONTINUATION** | NAME OF CASE Comm vs Timothy J Morse | DOCKET NUMBER 9768CR1484 |

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | DEC 17 1999 | C 12/28/99 (orke) |
| | DEC 28 1999 | Motion to Revise + Revoke Denied |
| | | Original Sentence is corrected on docket 9768CR1552B |
| | | 1-7-00 Next Court date          Philbin J |
| | 1-7-00 | Atty Bisk did not appear. dift sent back to |
| | | Worc Cty HofC (orke) |
| | 3/26/01 | Motion to Revise + Revoke filed |
| | 12/7/01 | Motion R+R Scheduled 12/21/01 |
| | 12/21/01 | C 1/15/02 Amended transcript filed |
| | 1/15/02 | C 2/15/02 MSB) |
| | 2/15/02 | C 2/19/02 MSB) |
| | 2/19/02 | C 2/26/02 MSB) |
| | 2/26/02 | Motion to Revise + Revoke Denied MSB J |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DC-CR 14 (12/89).

Appx. 10

# CRIMINAL DOCKET

DOCKET NO. 9868 CR 0085

ATTORNEY NAME: *1/23/98 John Morrison - Adv VOP*
*E. Colano (Bail enquiry)* *Christopher Uhl - Esq*

RETAIN DOCKET ENTRY: N00p0 0

- [ ] Attorney appointed (SJC R. 3:10)
- [ ] Atty denied & Deft advised per 211D §2A
- [ ] Waiver of counsel found after colloquy

COURT DIVISION: **CLINTON**

- [ ] Interpreter Required (language:)

DATE & JUDGE: **JAN 22 1998** *Theodore J. Fallon, Jr.*

Terms of release set:
- [ ] PR [ ] Bail: *276-87*
- [x] Held (276 §58A) *held w/out*
- [ ] See back for special conditions *BAIL*

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
**Timothy J. Morse**
**29 Elm St.#1**
**Hudson,MA01749**

017 56 7156

Arraigned and advised:
- [x] Potential of bail revocation (276 §58)
- [x] Right to bail review (276 §58)
- [ ] Right to drug exam (111E §10)

DEFT. DOB AND SEX: **10/26/66M**

OFFENSE CODE(S): **955,960,643(2)**

Advised of right to jury trial
- [ ] Does not waive
- [x] Waiver of jury trial found after colloquy

DATE OF OFFENSE(S): **01/22/98**

PLACE OF OFFENSE(S): **Clinton**

COMPLAINANT: **Coyne/Cravedi**

POLICE DEPARTMENT (if applicable): **Clinton**

*2/20/98 Fallon*

Advised of trial rights as pro se (Supp.R. 4)

DATE OF COMPLAINT: **01/22/98**

RETURN DATE AND TIME: **01/22/98 8:30 a.m. arrai**

Advised of right of appeal to Appeals Ct (R. 28)

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| **A.VIOLATION OF PROTECTIVE ORDER C209A S7** | | | | | [ ] WAIVED |

DISPOSITION DATE & JUDGE: *2/20/98 Fallon*

DISPOSITION METHOD
- [x] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

FINDING
- [ ] Not Guilty
- [x] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

SENTENCE OR OTHER DISPOSITION
- [x] Sufficient facts found but continued without guilty finding until:
- [x] Probation *2/20/99* [ ] Pretrial probation(276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [ ] Dismissed upon: [ ] Request of Comm. [ ] Request of victim
  - [ ] Request of Deft [ ] Failure to prosecute [ ] Other:
  - [ ] Filed with Deft's consent [ ] Nolle Prosequi [ ] Decriminalized (277 §70C)

*Concurrent W/9768CR1556 B.*

FINAL DISPOSITION / JUDGE / DATE
- [ ] Dismissed on recommendation of Probation Dept.
- [ ] Probation terminated; defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| **B.INTIMIDATION OF A WITNESS C268 S13B** | | | | | [ ] WAIVED |

DISPOSITION DATE & JUDGE: *2/20/99 Fallon*

DISPOSITION METHOD
- [ ] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

FINDING
- [ ] Not Guilty
- [ ] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

SENTENCE OR OTHER DISPOSITION
- [ ] Sufficient facts found but continued without guilty finding until:
- [ ] Probation [ ] Pretrial probation(276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [x] Dismissed upon: [x] Request of Comm. [ ] Request of victim
  - [ ] Request of Deft [ ] Failure to prosecute [ ] Other:
  - [ ] Filed with Deft's consent [ ] Nolle Prosequi [ ] Decriminalized (277 §70C)

FINAL DISPOSITION / JUDGE / DATE
- [ ] Dismissed on recommendation of Probation Dept.
- [ ] Probation terminated; defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| **C.THREATENING TO COMMIT A CRIME C275 S2** | | | | | [ ] WAIVED |

DISPOSITION DATE & JUDGE: *2/20/98 Fallon*

DISPOSITION METHOD
- [ ] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

FINDING
- [ ] Not Guilty
- [ ] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

SENTENCE OR OTHER DISPOSITION
- [ ] Sufficient facts found but continued without guilty finding until:
- [ ] Probation [ ] Pretrial probation(276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [x] Dismissed upon: [x] Request of Comm. [ ] Request of victim
  - [ ] Request of Deft [ ] Failure to prosecute [ ] Other:
  - [ ] Filed with Deft's consent [ ] Nolle Prosequi [ ] Decriminalized (277 §70C)

FINAL DISPOSITION / JUDGE / DATE
- [ ] Dismissed on recommendation of Probation Dept.
- [ ] Probation terminated; defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| **D.THREATENING TO COMMIT A CRIME C275 S2** | | | | | [ ] WAIVED |

DISPOSITION DATE & JUDGE: *2/20/98 Fallon*

DISPOSITION METHOD
- [ ] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

FINDING
- [ ] Not Guilty
- [ ] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

SENTENCE OR OTHER DISPOSITION
- [ ] Sufficient facts found but continued without guilty finding until:
- [ ] Probation [ ] Pretrial probation(276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [x] Dismissed upon: [x] Request of Comm. [ ] Request of victim
  - [ ] Request of Deft [ ] Failure to prosecute [ ] Other:
  - [ ] Filed with Deft's consent [ ] Nolle Prosequi [ ] Decriminalized (277 §70C)

FINAL DISPOSITION / JUDGE / DATE
- [ ] Dismissed on recommendation of Probation Dept.
- [ ] Probation terminated; defendant discharged

[x] ADDITIONAL COUNTS ATTACHED

COURT ADDRESS:
**Rt. 70 - Boylston St.**
**P.O. Box 30**
**Clinton, MA  01510**

A TRUE COPY ATTEST: **X**

CLERK-MAGISTRATE/ASST. CLERK

ON (DATE)

Appx. 11

*97R0225*

DC-CR 1 (12/95)

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/20/98 | PTH | ☒ Held | ☐ Cont'd | Tinhor 276-58 | Thomas J. Fallon, J. | | | |
| 2 | 6-23-98 | V.O.A | ☐ Held | ☐ Cont'd | | | | | |
| 3 | 07-17-98 | M | ☐ Held | ☐ Cont'd | | | | | |
| 4 | 12/14/99 | Motion | ☐ Held | ☐ Cont'd | | | | | |
| 5 | | | ☐ Held | ☐ Cont'd | | | | | |
| 6 | | | ☐ Held | ☐ Cont'd | | | | | |
| 7 | | | ☐ Held | ☐ Cont'd | | | | | |
| 8 | | | ☐ Held | ☐ Cont'd | | | | | |
| 9 | | | ☐ Held | ☐ Cont'd | | | | | |
| 10 | | | ☐ Held | ☐ Cont'd | | | | | |

ARR=Arraignment   PT=Pretrial hearing   CE = Discovery compliance & jury election   T = Bench trial   J = Jury trial   PC = Probable cause hearing   M = Motion hearing   SR = Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 6/23/98 | (P) Found Guilty of VOP - 2½ yrs HofC Committed on/after 9768CR1556B |
| 07-03-98 | MOTION TO WITHDRAW AS COUNSEL FILED, RET. 07-17-98   Fallon J |
| | Δ's NOTICE OF APPEAL FILED |
| 7/24/98 | Motion to Withdraw Allowed  Reynolds J |
| 8/3/98 | Motion For Appointment of Counsel filed by deft. |
| | Hube Sent  8/25/98 |
| 8/25/98 | Motion Under Advisement  Fallon J |
| 8/27/98 | Motion Denied Fallon J (Notice sent to Mr Moxe) |
| 12/10/98 | Atty Tom Vukmirovits  Notice  OF WITHDRAWAL AS ATTY |
| | OF RECORD FOR DEFT. Filed |
| DEC 14 1999 | C 12/17/99 Allowed Motion by Atty McGuire to withdraw Motion to withdraw (leave to withdraw allowed) |

| ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED | | | |
|---|---|---|---|
| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | DATE WAIVED & JUDGE | √ WAIVED |
| | Legal Counsel Fee (211D §2A ¶2) | | |
| | Legal Counsel Contribution (211D §2) | | |
| | Court Costs (280 §6) | | |
| | Drug Analysis Fee (280 §6B) | | |
| | OUI §24D Fee (90 §24D ¶9) | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | |
| | Probation Supervision Fee (276 §87A) | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | |

| | | NAME OF CASE | DOCKET NUMBER |
|---|---|---|---|
| **DOCKET CONTINUATION** | | COMMONWEALTH VS TIMOTHY J. MORSE 9868 CR 0085 | |

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 1/22/98 | Defendant arraigned in the Leominster Division before Fallon, J and held without bail (C276 S58A) Christopher Loconto- Advocate for bail purposes only.  Case continued to 2/20/98 for PTH. |
| 2 | 2/20/98 | Christopher Uhl, Esquire for defendant Tender of Plea  submitted to and accepted by the Court Fallon, J |
| 3 | 6/18/98 | Warrant issued for defendant for violation of terms of stay away order (see docket #9768 CR 1556). |
| 4 | 6/19/98 | Defendant arrested and held on bail $50,000 Cash.  Michael Bailey, Esquire for bail purposes only. Case continued to 6/23/98 for Violation of Probation Hearing Fallon, J |
| 5 | 6/23/98 | Defendant Found Guilty of Violation of Probation: Sentenced to $2\frac{1}{2}$ years H of C Committed, to be served on and after sentence imposed in   9768 CR 1556 Count B.  Atty John Morrison appointed for Violation of Probation hearing.  Fallon, J |
| 6 | 7/3/98 | Motion to Withdraw as counsel filed by John Morrison, Esquire along with    Notice of Appeal filed. |
| 7 | 7/24/98 | Motion to withdraw as counsel allowed Reynolds, J |
| 8 | 8/3/98 | Motion for appointment of counsel filed by defendant. Habeas sent for 8/25/98 |
| 9 | 8/25/98 | Defendant before Court on Motion for appointment of counsel Motion taken under advisement Fallon, J |
| 10 | 8/27/98 | Motion for appointment of counsel denied Fallon, J |
| 11 | 8/27/98 | Copy of denied motion sent to defendant at the Worcester County House of Correction. |
| 12 | | Case sent to Mass Court of Appeals Carol A Haley, Asst Clerk-Magistrate |
| | | |

DC-CR 14 (12/89)

| | DOCKET CONTINUATION | NAME OF CASE Comm vs Timothy J Morse | DOCKET NUMBER 98|8CR 0085 |
|---|---|---|---|

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | DEC 17 1999 | C 12/28/99 Locke J |
| | DEC 28 1999 | Motion to Revise + Revoke Denied Philbin J |
| | | Original Sentence is corrected on docket.   9768CR155&B |
| | | 1-7-00 Next Court date |
| | 3/26/01 | Motion to R+R Filed |
| | 12/7/01 | Motion to R+R Scheduled for 12/21/01 |
| | 12/21/01 | C 1/15/02   Amended transcript Filed |
| | 1/15/02 | C 2/5/02 MSBJ |
| | 2/5/02 | C 2/19/02 MSBJ |
| | 2/19/02 | C 2/26/02 MSBJ |
| | 2/26/02 | Motion to Revise + Revoke Denied   MSBJ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DC-CR-14 (12/89)

| CRIMINAL DOCKET | DEFENDANT NAME | DOCKET NUMBER |
|---|---|---|
| DOCKET ENTRIES | Timothy J Morse | 9868CR0085 |

| DATE | DOCKET ENTRIES |
|---|---|
| 8/12/16 | Motion to withdraw Guilty Plea  Filed |
| | Affidavit of Timothy Morse filed |
| | Memorandum of law filed |
| | Motion to File an Amendment to the Deft's First Motion |
| | for New Trial  filed |
| | Memorandum in Support filed |
| | Affidavits of Marlene S Beauvais |
| | Gloria Urbie Patulak |
| | Kirk St Onge |
| | Robert A Beauais |
| | James Hickey |
| | Michael Millmeen |
| | Supplemental Affidavit of Timothy Morse  filed |
| | Affidavit of David H Erickson and Attachments filed |
| | Case Scheduled for 10/3/16 |
| 10/3/16 | Judge Gardner Recuses himself from case |
| | C to 11/14/16 for scheduling before another Justice. |
| 10/27/16 | Atty Erickson called and message left regarding |
| | rescheduling the 11/14/16 date. Judge Gardner |
| | is on the Bench. |
| 11/4/16 | Cause to be specially assigned  Information faxed |
| | to Ms Larkin for scheduling. |
| | Scheduled for 12/13/16 for First appearance |
| | before Judge Locke on Motion for New Trial. Can  STAFM |
| 12/13/16 | C to 4/14/17  for hrg   SA Judge Locke |
| 12/29/16 | Called Sheila Larkin to inform her of 4/14/17 date |
| | left message on VM.  Can 1STAFM |
| 1/5/17 | Faxed docket to RA Office in Fitchburg |

APPROVED ABBREVIATIONS
ARR = Arraignment   PT= Pretrial hearing   CE = Discovery compliance & jury selection   T = Bench trial   JT = Jury trial   PC = Probable cause terminate M = Motion hearing   SR= Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = probation revocation hearing

Appx. 15

Date/Time Printed: 10-27-2016 14:50:27                                        Version 2.0 - 11/08

# CRIMINAL DOCKET
## DOCKET ENTRIES

Timothy J Morse

DOCKET NUMBER

9868CR0085

| DATE | DOCKET ENTRIES |
|------|----------------|
| 4/14/17 | Case C to 5/25/17 before Judge Locke J as a special assignment. |
| 5/25/17 | Judge Locke recuses himself from Case. Parties notified Case C 8/14/17 for hrg. New Judge to be assigned.   Locke J. |
| 5/26/17 | Case to be transferred to Worcester per Judge Plo unto Tranfer Order done |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PT= Pretrial hearing    CE = Discovery compliance & jury selection    T = Bench trial    JT = Jury trial    PC = Probable cause hearing M = Motion hearing    SR= Status review
SRP = Status review of payments    FA = First appearance in jury session    S = Sentencing    CW = Continuance-without-finding scheduled to terminate    P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted    WAR = Warrant Issued    WARD = Default warrant issued    WR = Warrant or default warrant recalled    PR = probation revocation hearing

Appx. 16

Notice of Assembly

Commonwealth of Massachusetts

Clerk-Magistrate's Office

Worcester, ss

Commonwealth
vs
Timothy J Morse

Docket No. 9768 CR 001556
9768 CR 001484
9868 CR 000085

February 26, 2020

Dear Petitioner:

The parties are hereby NOTIFIED that the RECORD IS FULLY ASSEMBLED in the subject case in accordance with the Massachusetts Rules of Appellate Procedure (MRAP Rule 9).

Very truly yours

*Carol A Haley*

Carol A Haley
First Assistant Clerk-Magistrate

Jane Sullivan, Commonwealth
Appeals Unit - Worcester County Dist Attorney
 225 Main Street G301
Worcester, MA 01608

David H Erickson, Esquire BBO#547272
570 Massachusetts Avenue
Acton, MA 01720

Notices also sent to:
Timothy J Morse
c/o David H Erickson, Esquire
Acton, MA 01720

Appx. 17

### 9768CR001556 Commonwealth vs. Morse, Timothy John

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Criminal | **FILE DATE:** | 06/18/1998 |
| **ACTION CODE:** | 265/23/A-0 | **CASE TRACK:** | |
| **DESCRIPTION:** | RAPE OF CHILD, STATUTORY c 265 §23 | | |
| **CASE DISPOSITION DATE** 06/18/1998 | | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Pending | **STATUS DATE :** | 06/18/1998 |
| **CASE JUDGE:** | | **CASE SESSION:** | |

## PARTIES

**Defendant**
Morse, Timothy John
275 Merrimack St 3Rd Flr
167 South St Berlin Ma
LAWRENCE, MA 01843

**Complainant**
Brescia, Edward

Appx. 18

Commonwealth of Massachusetts
District Court Department
Clinton Division

Worcester,ss

Commonwealth

vs

Timothy J Morse

Docket No. 9768 CR 001556
9768 CR 001484
9868 CR 000085

Docket Entries
Lead Complaint 9768 CR 0001556

11.21.97   Defendant arraigned in Clinton Division and head on bail of $10,000 Cash case continued to 12.23.97.  Michael Murray - Adv Appointed for Bail purposes only.  Public Counsel Services appointed for defendant.  Case continued to 12.23.97 for pre trial conference.  30 days waived.  Fallon, J

12.23.97   Christopher Uhl, Esquire for deft.  Appearance filed.  Motion to restrict access to video tapes filed and allowed.  Case continued to 2.20.98 for Probable Cause Hearing.  Curran J.

12.24.97   Bail posted for defendant. $10,000 Cash posted and defendant released.

2.20.98   Tender of Plea submitted to Court and accepted. 9768 CR 001556(A)  Rape and Abuse Child under 16 C.265 S23 - Dismissed (B) Indecent A & B child under 14 C265 S13B - Guilty 2 years H of C; 6 months to serve Balance susp 2/25/00. C) Unnatural act with child under 16 C272 S35A - Dismissed (D) Dissemination of Obscene Material to minor C272 S28 - Dismissed        Fallon, J

6.18.98   Warrant issued for defendant for Violation of Terms of release of No Contact

6.19.98   Deft arrested and held on $50,000 Cash Bail.  Michael Bailey Adv appointed for bail purposes only.  Case continued to 6.23.98 for Violation of Probation Hearing  Fallon, J

6.23.98   John Morrison Adv appointed for deft for Viol of Probation Hearing.  After Hearing on the Viol of Probation deft is found in violation and commited: 18 months Committed.  Fallon J

7.3.98   Notice to withdraw as counsel filed by John Morrison Adv.  Notice of Appeal filed this date.

7.24.98   Atty Morrison's motion to withdraw as counsel allowed.  Reynolds, J

7.28.98   Motion to revise and revoke filed by defendant (Pro Se)

8.3.98        Motion for appointment of counsel filed by defendant. Habe sent for 8.25.98

8.25.98       Motion for appointment of counsel taken under advisement Fallon, J

8.27.98       Motion for appointment of counsel denied. Notice sent to deft at the House of
              correction. Fallon, J

              Record Assembled and sent to Mass Court of Appeals by Carol A Haley, Asst
              Clerk-Magistrate.

4.20.99       Notice of docket entry from Appeals Court - Motion to extend brief due date of
              Commonwealth allowed to 7.23.99.  No further enlargement.

9.?.99        Brief and Appendix for the commonwealth received.

12.14.99      Motion filed by Marie McGuirk, Atty to withdraw as counsel for the appeal matter
              allowed. Case continued to 12.17.99 Loconto. J

12.17.99      Case continued to 12.28.99 Locke J

12.28.99      Motion to revise and revoke denied. Original sentence is correct on docket.
              Guilty 2 yrs  H of C Committed. See plea dated 2.20.98 Philbin, J

12.31.99      Notice of appeal filed and request for rulings and findings filed

1.7.00        Atty Bosk did no appear on this date. Deft sent back to Worc Cty H of C Locke,J

2.10.00       Judge Philbin notifed of the request for rulings and findings.  Judge Philbin
              indicates that they are not required on a Motion to revise and revoke.  Notice
              typed and sent to parties. Tapes ordered this date.

2.16.00       Tapes received this date and sent for transcribing.

2.24.00       Fax received from Catuogno Court reporting requesting more time information
              Information faxed this date to agency by CAH.  See copy of letter enclosed.

4.13.00       Letter received requesting copies of docket reflecting corrected sentence by M
              Griffin, Esquire and mailed on 4.24.00

3.26.01       Motion to Revise and Revoke filed

12.7.01       Motion to Revise and Revoke scheduled for 12.21.01 for hearing

12.21.01      Case continued to 1.15.02 ( Amended transcript filed)

1.15.02        Case continued to 2.15.02

2.15.02        Case continued to 2.19.02 Habe done

2.19.02        Case continued to 2.26.02 Habe done

2.26.02        Motion to revise and revoke Denied.  M. Brennan, J

8.12.16        Motion to withdraw Guilty plea filed
               Affidavit of Timothy Morse filed
               Memorandum of Law filed
               Motion to file an amendment to the Deft's First Motion for new trial filed
               Memorandum in support filed
               Affidavits of Marlene S Beauvais
                          Gloria Urbie Patulak
                          Kirk St. Onge
                          Robert A Beauvais
                          James Hickey
                          Michael Millman
               Supplemental Affidavit of Timothy Morse filed.  Affidavit of David H Erickson
               and attachments filed.  Case scheduled for 10.3.16

10.3.16        Judge Gardner recuses himself from the case and the matter is continued to
               11.14.16 for scheduling before another justice.

10.27.16       Atty Erickson called and left message regarding rescheduling the 11.14.16 date
               because Judge Gardner is scheduled to be on the bench.

11.4.16        Case to be specially assigned.  Information faxed to Fitchburg Div for scheduling.
               The matter is scheduled for 12.13.16 for first appearance before Judge Locke for
               hearing on the Motion for new Trial.  All parties notified.

12.13.16       Case scheduled for 4.14.17 for hearing.  SA Judge Locke.


DOCKET ENTRIES AFTER 12.13.16 ARE CONVERTED TO MASS COURTS



**MASSACHUSETTS**
**CLINTON DISTRICT COURT**
**Docket Report**

| | INFORMATIONAL DOCKET ENTRIES | | |
|---|---|---|---|

| Date | Ref | Description | Judge |
|---|---|---|---|
| 06/18/1998 | | Complaint file. Converted Case from WMS | |
| 12/13/2016 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 12/13/2016  Time: 09:00 AM<br>Result: Event Continued | |
| 12/13/2016 | | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 12/13/2016 09:00 AM has been resulted as follows:<br>Result: Event Continued | Locke |
| 12/13/2016 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 04/14/2016  Time: 08:30 AM | |
| 04/14/2017 | | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 04/14/2017 08:30 AM has been resulted as follows:<br>Result: Event Continued | Gardner |
| 05/24/2017 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 05/25/2017  Time: 08:30 AM<br>Result: Event Continued | |
| 05/24/2017 | | Habeas corpus for witness, Breanna Masterson , issued to Western Mass. Correctional Alcohol Center returnable on 05/25/2017 08:45 AM Motion Hearing (CR)<br>Further Orders: | |
| 05/25/2017 | | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 05/25/2017 08:45 AM has been resulted as follows:<br>Result: Event Continued | Locke |
| 05/26/2017 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 04/14/2017  Time: 08:30 AM<br>Result: Event Continued | |
| 05/26/2017 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 08/24/2017  Time: 08:30 AM<br>Result: Brought Forward | |
| 07/19/2017 | | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 08/24/2017 08:30 AM has been resulted as follows:<br>Result: Brought Forward<br>Reason: Transferred to another court | Gardner |
| 08/30/2017 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 09/20/2017  Time: 09:00 AM<br>Result: Reschedule of Hearing | |

Appx. 22


| 09/20/2017 | | Event Resulted<br>Judge: Pellegrini, Hon. Robert J.<br>The following event: Motion Hearing (CR) scheduled for 09/20/2017 09:00 AM has been resulted as follows:<br>Result: Reschedule of Hearing<br>Reason: Both Parties Request | Pellegrini |
|---|---|---|---|
| 09/20/2017 | 1 | Affidavit of Christopher Uhl filed. | |
| 10/26/2017 | | Event Resulted<br>Judge: Pellegrini, Hon. Robert J.<br>The following event: Motion Hearing (CR) scheduled for 10/26/2017 09:00 AM has been resulted as follows:<br>Result: Held - under advisement | Pellegrini |
| 10/26/2017 | | Taken under advisement<br>Judge: Pellegrini, Hon. Robert J. | Pellegrini |
| 01/08/2018 | 2 | Finding of Judge on matter taken under advisement<br><br>Judge: Pellegrini, Hon. Robert J. | Pellegrini |
| 01/08/2018 | | Motion for New Trial DENIED.<br><br>Judge: Pellegrini, Hon. Robert J. | Pellegrini |
| 02/28/2018 | | Misc Entry:<br><br>Sent Notice of Judges Decision to Atty. Erickson and ADA Beaudoin. by D. Duquette in Worcester | |
| 03/06/2018 | 3 | Notice of appeal to the Appeals Court filed by the Defendant | |
| 07/09/2019 | | Transcripts received of October 26, 2017 Motion for New Trial Hearing in Worcester before Judge Pellegrini | |
| 11/01/2019 | | Updated copy of transcript of October 26, 2017 Motion for New Trial Hearing in Worcester before Judge Pellegrini received | |
| 01/14/2020 | | Transcripts received of October 26, 2017 motion for New Trial Hearing in Worcester before Judge Pellegrini received | |
| 02/25/2020 | 4 | Notice of assembly of the record sent to the Appeals Court<br><br>Judge: Sargent, Hon. Dennis P | Sargent |

3/5/20  Notice of Entry of Appeal Received

**MASSACHUSETTS**
**CLINTON DISTRICT COURT**
**Docket Report**

### 9768CR001556 Commonwealth vs. Morse, Timothy John

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Criminal | **FILE DATE:** | 06/18/1998 |
| **ACTION CODE:** | 265/23/A-0 | **CASE TRACK:** | |
| **DESCRIPTION:** | RAPE OF CHILD, STATUTORY c 265 §23 | | |
| **CASE DISPOSITION DATE** | 06/18/1998 | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Pending | **STATUS DATE:** | 06/18/1998 |
| **CASE JUDGE:** | | **CASE SESSION:** | |

| PARTIES | |
|---|---|
| **Defendant**<br>Morse, Timothy John<br>275 Merrimack St 3Rd Flr<br>167 South St Berlin Ma<br>LAWRENCE, MA 01843<br><br>**Complainant**<br>Brescia, Edward | |

Appx. 24

Commonwealth of Massachusetts
District Court Department
Clinton Division

Worcester,ss

Commonwealth                                    Docket No. 9768 CR 001556
vs                                                        9768 CR 001484
Timothy J Morse                 Docket Entries              9868 CR 000085
                          Lead Complaint 9768 CR 0001556

11.21.97     Defendant arraigned in Clinton Division and head on bail of $10,000 Cash
             case continued to 12.23.97. Michael Murray - Adv Appointed for Bail purposes
             only. Public Counsel Services appointed for defendant. Case continued to
             12.23.97 for pre trial conference.  30 days waived.  Fallon, J

12.23.97     Christopher Uhl, Esquire for deft.  Appearance filed.  Motion to restrict access to
             video tapes filed and allowed.  Case continued to 2.20.98 for Probable Cause
             Hearing.  Curran J.

12.24.97     Bail posted for defendant. $10,000 Cash posted and defendant released.

2.20.98      Tender of Plea submitted to Court and accepted.  9768 CR 001556(A)  Rape and
             Abuse Child under 16 C.265 S23 - Dismissed (B) Indecent A & B child under 14
             C265 S13B - Guilty 2 years H of C; 6 months to serve Balance susp 2/25/00.
             C) Unnatural act with child under 16 C272 S35A - Dismissed (D) Dissemination
             of Obscene Material to minor C272 S28 - Dismissed          Fallon, J

6.18.98      Warrant issued for defendant for Violation of Terms of release of No Contact

6.19.98      Deft arrested and held on $50,000 Cash Bail.  Michael Bailey Adv appointed for
             bail purposes only.  Case continued to 6.23.98 for Violation of Probation Hearing
             Fallon, J

6.23.98      John Morrison Adv appointed for deft for Viol of Probation Hearing.  After
             Hearing on the Viol of Probation deft is found in violation and commited:
             18 months Committed.  Fallon J

7.3.98       Notice to withdraw as counsel filed by John Morrison Adv.  Notice of Appeal
             filed this date.

7.24.98      Atty Morrison's motion to withdraw as counsel allowed.  Reynolds, J

7.28.98      Motion to revise and revoke filed by defendant (Pro Se)

| | |
|---|---|
| 8.3.98 | Motion for appointment of counsel filed by defendant.  Habe sent for 8.25.98 |
| 8.25.98 | Motion for appointment of counsel taken under advisement Fallon, J |
| 8.27.98 | Motion for appointment of counsel denied.  Notice sent to deft at the House of correction.  Fallon, J |
| | Record Assembled and sent to Mass Court of Appeals by Carol A Haley, Asst Clerk-Magistrate. |
| 4.20.99 | Notice of docket entry from Appeals Court - Motion to extend brief due date of Commonwealth allowed to 7.23.99.  No further enlargement. |
| 9.?.99 | Brief and Appendix for the commonwealth received. |
| 12.14.99 | Motion filed by Marie McGuirk, Atty to withdraw as counsel for the appeal matter allowed.  Case continued to 12.17.99 Loconto. J |
| 12.17.99 | Case continued to 12.28.99 Locke J |
| 12.28.99 | Motion to revise and revoke denied.  Original sentence is correct on docket.  Guilty 2 yrs  H of C Committed.  See plea dated 2.20.98 Philbin, J |
| 12.31.99 | Notice of appeal filed and request for rulings and findings filed |
| 1.7.00 | Atty Bosk did no appear on this date.  Deft sent back to Worc Cty H of C Locke,J |
| 2.10.00 | Judge Philbin notifed of the request for rulings and findings.  Judge Philbin indicates that they are not required on a Motion to revise and revoke.  Notice typed and sent to parties.  Tapes ordered this date. |
| 2.16.00 | Tapes received this date and sent for transcribing. |
| 2.24.00 | Fax received from Catuogno Court reporting requesting more time information Information faxed this date to agency by CAH.  See copy of letter enclosed. |
| 4.13.00 | Letter received requesting copies of docket reflecting corrected sentence by M Griffin, Esquire and mailed on 4.24.00 |
| 3.26.01 | Motion to Revise and Revoke filed |
| 12.7.01 | Motion to Revise and Revoke scheduled for 12.21.01 for hearing |
| 12.21.01 | Case continued to 1.15.02 ( Amended transcript filed) |

| | |
|---|---|
| 1.15.02 | Case continued to 2.15.02 |
| 2.15.02 | Case continued to 2.19.02 Habe done |
| 2.19.02 | Case continued to 2.26.02 Habe done |
| 2.26.02 | Motion to revise and revoke Denied.  M. Brennan, J |
| 8.12.16 | Motion to withdraw Guilty plea filed |

Affidavit of Timothy Morse filed
Memorandum of Law filed
Motion to file an amendment to the Deft's First Motion for new trial filed
Memorandum in support filed
Affidavits of Marlene S Beauvais
        Gloria Urbie Patulak
        Kirk St. Onge
        Robert A Beauvais
        James Hickey
        Michael Millman
Supplemental Affidavit of Timothy Morse filed.  Affidavit of David H Erickson
and attachments filed.  Case scheduled for 10.3.16

| | |
|---|---|
| 10.3.16 | Judge Gardner recuses himself from the case and the matter is continued to 11.14.16 for scheduling before another justice. |
| 10.27.16 | Atty Erickson called and left message regarding rescheduling the 11.14.16 date because Judge Gardner is scheduled to be on the bench. |
| 11.4.16 | Case to be specially assigned.  Information faxed to Fitchburg Div for scheduling. The matter is scheduled for 12.13.16 for first appearance before Judge Locke for hearing on the Motion for new Trial.  All parties notified. |
| 12.13.16 | Case scheduled for 4.14.17 for hearing.  SA Judge Locke. |

DOCKET ENTRIES AFTER 12.13.16 ARE CONVERTED TO MASS COURTS



**MASSACHUSETTS**
**CLINTON DISTRICT COURT**
**Docket Report**

| Date | Ref | Description | Judge |
|------|-----|-------------|-------|
| | | **INFORMATIONAL DOCKET ENTRIES** | |
| 06/18/1998 | | Complaint file. Converted Case from WMS | |
| 12/13/2016 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 12/13/2016  Time: 09:00 AM<br>Result: Event Continued | |
| 12/13/2016 | | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 12/13/2016 09:00<br>AM has been resulted as follows:<br>Result: Event Continued | Locke |
| 12/13/2016 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 04/14/2016  Time: 08:30 AM | |
| 04/14/2017 | | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 04/14/2017 08:30<br>AM has been resulted as follows:<br>Result: Event Continued | Gardner |
| 05/24/2017 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 05/25/2017  Time: 08:30 AM<br>Result: Event Continued | |
| 05/24/2017 | | Habeas corpus for witness, Breanna Masterson , issued to Western Mass.<br>Correctional Alcohol Center returnable on 05/25/2017 08:45 AM Motion<br>Hearing (CR)<br>Further Orders: | |
| 05/25/2017 | | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 05/25/2017 08:45<br>AM has been resulted as follows:<br>Result: Event Continued | Locke |
| 05/26/2017 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 04/14/2017  Time: 08:30 AM<br>Result: Event Continued | |
| 05/26/2017 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 08/24/2017  Time: 08:30 AM<br>Result: Brought Forward | |
| 07/19/2017 | | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 08/24/2017 08:30<br>AM has been resulted as follows:<br>Result: Brought Forward<br>Reason: Transferred to another court | Gardner |
| 08/30/2017 | | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 09/20/2017  Time: 09:00 AM<br>Result: Reschedule of Hearing | |



| | | | |
|---|---|---|---|
| 09/20/2017 | | Event Resulted<br>Judge: Pellegrini, Hon. Robert J.<br>The following event: Motion Hearing (CR) scheduled for 09/20/2017 09:00 AM has been resulted as follows:<br>Result: Reschedule of Hearing<br>Reason: Both Parties Request | Pellegrini |
| 09/20/2017 | 1 | Affidavit of Christopher Uhl filed. | |
| 10/26/2017 | | Event Resulted<br>Judge: Pellegrini, Hon. Robert J.<br>The following event: Motion Hearing (CR) scheduled for 10/26/2017 09:00 AM has been resulted as follows:<br>Result: Held – under advisement | Pellegrini |
| 10/26/2017 | | Taken under advisement<br>Judge: Pellegrini, Hon. Robert J. | Pellegrini |
| 01/08/2018 | 2 | Finding of Judge on matter taken under advisement<br><br>Judge: Pellegrini, Hon. Robert J. | Pellegrini |
| 01/08/2018 | | Motion for New Trial DENIED.<br><br>Judge: Pellegrini, Hon. Robert J. | Pellegrini |
| 02/28/2018 | | Misc Entry:<br><br>Sent Notice of Judges Decision to Atty. Erickson and ADA Beaudoin. by D. Duquette in Worcester | |
| 03/06/2018 | 3 | Notice of appeal to the Appeals Court filed by the Defendant | |
| 07/09/2019 | | Transcripts received of October 26, 2017 Motion for New Trial Hearing in Worcester before Judge Pellegrini | |
| 11/01/2019 | | Updated copy of transcript of October 26, 2017 Motion for New Trial Hearing in Worcester before Judge Pellegrini received | |
| 01/14/2020 | | Transcripts received of October 26, 2017 motion for New Trial Hearing in Worcester before Judge Pellegrini received | |
| 02/25/2020 | 4 | Notice of assembly of the record sent to the Appeals Court<br><br>Judge: Sargent, Hon. Dennis P | Sargent |

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

CLINTON DISTRICT COURT
Nos. 9768CR1484
9768CR1556
9868CR0085

COMMONWEALTH

vs.

TIMOTHY MORSE

NOTICE OF APPEAL RE:
DEFENDANT'S FIRST MOTION FOR A NEW TRIAL

Now comes the defendant Timothy Morse and appeals from the denial of his motion for a new trial against him and in favor of the Commonwealth. See. Court's Decision on the Defendant's Motion for New Trial dated January 8, 2018, forwarded to the undersigned under cover of letter dated February 28, 2018, and received March 5, 2018. (Pellegrini, J.)

TIMOTHY MORSE,
By his attorney,

David H. Erickson
BBO # 547272
570 Massachusetts Avenue
Acton, MA  01720
(978) 929-9995

Date:  March 6, 2018



*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Sex Offender Registry Board*

*P.O. Box 4547*

*Salem, Massachusetts 01970*

Tel: (978) 740-6400
1-800-93MEGAN
Fax: (978) 740-6464

**MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**EDWARD A. FLYNN**
SECRETARY

**JENNIFER FRANCO**
CHAIRPERSON AND
EXECUTIVE DIRECTOR

December 7, 2004

TIMOTHY JOHN MORSE
771 BOSTON POST ROAD - EAST# S-111
MARLBORO, MA  01752

RE:     MORSE v. Sex Offender Registry Board (SORB)
        Notice of Hearing Examiner's Final Decision

Dear Mr. MORSE:

An administrative hearing examiner has conducted an evidentiary hearing and determined that 1) you have a duty to register as a sex offender, and 2) your classification is a LEVEL 2.  Based on this finding, it is the Sex Offender Registry Board's final decision that you must register as a LEVEL 2 Offender.  A copy of the final and binding decision is enclosed for your review.

**You must register at the local police department within 2 calendar days of receiving this letter.**  If you live in Massachusetts, you must register at the local police department where you live.  If you live in another state and work in Massachusetts, you must register at the local police department where you work.  The police department will take your registration information, including a photograph and fingerprints.

You MUST also present to the police department the following items as Independent Written Verification of your present address in accordance with 803 CMR 1.03.  Any two (2) of the following four (4) forms of proof are acceptable:
- (a) Rent or mortgage receipt;
- (a) Utility bill;
- (b) Bank or credit card statement; and
- (c) Passport, driver's license or official photo identification issued by the registry of motor vehicles.

Please note the police department will accept only unaltered original documents bearing your name and present address.  All items must be dated within forty-five (45) days of presentation of the documentation, except for passports, driver's licenses or official photo identifications issued by the registry of motor vehicles.

AS A LEVEL 2 OFFENDER:
- Information about you will only be available to members of the public who request it.  There will be no community notification.
- You will have to register at the police department where you live or, if you live in another state and work in Massachusetts, at the police department where you work.
- You will have to verify your registration information annually at the police department.  Homeless offenders must verify information every 90 days at the police department.

YOU WILL BE PROSECUTED FOR VIOLATING THE LAW IF YOU KNOWINGLY:

SOR Form 122 (02/01)

Printed on Recycled Paper

- Fail to register;
- Fail to verify registration information;
- Fail to provide notice of change of address or place of employment; or
- Provide false information.

You may seek judicial review of the SORB's final decision by filing a civil action in superior court within thirty (30) days of receipt of this notice, in accordance with M.G.L. c. 30A, § 14 and M.G.L. c. 6, § 178M. Please be advised, however, that absent an order issued by the reviewing court, the filing of a civil action for judicial review shall not stay the enforcement of the SORB's decision.

If you have questions about your legal rights, please contact an attorney.  For general information, call (800) 93-MEGAN (936-3426) or visit the Board's website at www.state.ma.us/sorb.

HEARINGS UNIT, SEX OFFENDER REGISTRY BOARD
Enclosure
cc:      Offender's Authorized Representative (if applicable)
         Marlboro Police Department
         Lawrence Police Department
         Clinton Police Department

SOR Form 122 (02/01)