```
                    UNITED STATES OF AMERICA
                    DISTRICT OF MASSACHUSETTS

                                            No.  22-40030-TSH
```

| | |
|---|---|
| TIMOTHY MORSE,<br>    Petitioner<br>v.<br><br>Clerk, Clinton<br>District Court,<br>    Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF
PETITIONER'S OPPOSITION TO THE RESPONDENT'S MOTION TO DISMISS

                                                                                                           page

Ex 1:  Probation running notes (Supervision sheet)_____2

Ex. 2:  Violation of probation notice (Notice of surrender and hearing(s) for alleged violation(s) of probation)_____3

Ex. 3:  Violation hearing transcript excerpts_____4

Ex. 4:  Sex Offender Registry Memo_____12

Ex. 5:  Sex Offender Registry form, fingerprint, and mug sheet (Redacted)_____13

Ex. 6:  Letter of May 31, 2005, regarding college and letter of acceptance (Redacted)_____16

Ex. 7:  Sex Offender Registry fee notice (Redacted)_____18

                                  TIMOTHY MORSE,


                                  Timothy Morse
                                  38 Colby Avenue
                                  Worcester, MA   01605
                                  774-772-4310

Date:  June 1, 2022

# SUPERVISION SHEET

Exhibit 1

Department __PROBATION__
Division __CLINTON__
Docket No. __97-1556, 98-0085, 97-1484__
Office File __PCF# 1635182__

Name __Timothy Morse__
Offense __Dom. A&B - G Prob. to 2/25/2000, Vio. Prot. Order - G prob. to 2/25/2000__
Disposition __Ind. A&B - G 2yr HC (6mo serve) bal. ss 2/25/2000__   Date of Disposition __2/20/98__
Judge __Thomas F. Fallon__

| Date | Type of Contact | Summary of Results of Contact |
|---|---|---|
| 02/20/98 | CT | Conditions of probation signed by client this date.<br>Client is to pay a probation fee of $45.00 per month or perform 12 hours of Community Service Work per month.<br>Client is required to report every 14 days with current verification of address and employment.<br>Client is to report to this Office on __3/18/98__ at __10AM__<br>Client is to have no contact with victim and family.<br>Client is to have no unsupervised contact with any person under 14 years of age.<br>Client is to attend Sex Offender Counseling as directed by Probation.<br>Client is report to the Office immediately upon his release from the House of Correction.<br>Case is assigned to JKL. |
| 04/07/98 | L | Letter sent to client relating he is to report to this Office immediately upon his release from the H of C. |
| 04/08/98 | L | Stay away/no contact letter sent to Hope Bushey, 1 Coolidge Place, Apt. 614, Clinton, MA 01510 this date. |
| | | resign review 8/19/98 |
| 4/28/98 | note | Folder Review BW |
| 5/18/98 | OV/PRC | Released from H/C 5/15/98, Joe Rak to contact prob today in Berlin, directed to registry in Berlin I.D. for I am owed reg istration, Prob fee $40, by 6-1-98 to OU every other Monday w/verifications added term/+ Stay out of any further trouble CTR v term date counseling LTR from Wachusett Assoc by 6/1/98, S Jper max |
| 5/18/98 | TC | From Joe Rak relating client is to call him for an apt. Letter to be sent to client relating this |

| Probation Office | | COMMONWEALTH vs Timothy Morse |
|---|---|---|
| Clinton District Court | Court | 167 South Street / Street |
| Rte 62 & 70 Boylston St. | Address | Berlin, MA 01503 / Ma. |
| Clinton, MA 01510 | | 6/19/98: 29 Elm Street, Hudson, MA 01749 |

## NOTICE OF SURRENDER AND HEARINGS(S) FOR ALLEGED VIOLATION(S) OF PROBATION

You are hereby notified to appear in this Court at **9:00** a.m./p.m. on _____, 19____ for a hearing on a charge that you have violated the terms and conditions of your probation imposed by this Court on **February 20,** 19 **98** on the following complaints (Docket Number(s) and Brief Description):

DKT#97-1556, 97-1484, 98-0085 - DOM AB, AB PREV ACT, IND A&B - G 2yr SPS 6MO CMTD SS 2/25/2000, G PROB 2/25/2000, report every 14 days, no contact w/victim and family, no contact w/person under 14, Sex offenser counselling

(Strike out (1) or (2) below, whichever is inapplicable).

(1) This hearing will be to determine whether there is probable cause to believe you have committed a violation of your probation. If the Court so finds, there will be a subsequent hearing on the issue of revocation and imposition of additional sanctions. If you wish, both hearings may be held at the same time. The same judge may not sit on both hearings unless you expressly agree thereto. In this particular case, you have a right to both hearings, but may waive the preliminary hearing if you wish.

(2) This hearing will be a final hearing on the issue of whether your probation shall be revoked and additional sanctions imposed.

You have the following rights:

(1) A right to legal counsel, and if you are unable to afford counsel, the Court will appoint counsel for you.
(2) A right to be confronted by the person alleging you have violated the terms of your probation and to cross-examine that person as well as any other persons who testify against you.
(3) A right to insist that all testimony be under oath.
(4) A right to remain silent and not to be prejudiced thereby.
(5) A right to testify on your own behalf, to produce witnesses and other evidence to support your denial of the alleged violation(s), or in a final revocation hearing to support the explanation or mitigation of any violation.

The notice of the alleged violation(s) of probation is as follows:

| Alleged Violation(s) | Date | Place |
|---|---|---|
| Contact w/victim | 6/17/98 | Traffic light Hudson |
| Failure to notify Probation of change of address | 6/22/98 | Clinton Probation Dept |
| Failure to register as Sex Offender in Hudson | 6/22/98 | Hudson Police Dept. |

Do not fail to appear in Court at the time and place ordered above. You may then request a continuance if additional time is required to protect your rights.

Date: June 18, 1998
      June 22, 1998                                    Signature _____

Assent to Immediate Hearing

I, _____, having received the foregoing notice, hereby assent to an immediate hearing, this _____ day of _____.

Offender

RA 12-7A

003

Exhibit 3

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss                Department of the Trial Court
                             District Court Division
                             Docket No. 9768CR1556B
                                         9868CR0085

COMMONWEALTH OF MASSACHUSETTS,
          Plaintiff

VS.

TIMOTHY J. MORSE,
          Defendant

BENCH TRIAL HEARING HELD ON
JUNE 23, 1998 AT THE CLINTON
DISTRICT COURT BEFORE JUDGE
THOMAS F. FALLON

APPEARANCES

John Lynch                      Representing the
                                Probation Dept.

John Morrison, Esq.             Representing the
                                Defendant

Reporter:    Raymond F. Catuogno
             Registered Professional Reporter

(Transcript Prepared from Tape)

I N D E X

CATUOGNO COURT REPORTING SERVICES
FAX: (413) 739-4226
One Monarch Place         445 Main Street        10 Commercial Wharf      88 Day Hill Road       Pittsfield, MA (413) 443-7263
1414 Main Street          Worcester, MA 01608-2202   Boston, MA 02110-3708   Windsor, CT 06095-1724   Hartford, CT (860) 525-3097
Springfield, MA 01144-1011   (508) 752-0640       (617) 723-0640           (860) 525-3097          Call (858) CATUOGNO (228-8646)
(413) 732-8100

004

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Hope Bushey | 5 | 9 | | |
| Timothy Morse | 13 | | | |

| EXHIBITS | PAGE |
|---|---|
| 1. Affidavit from Ms. Bushey signed and attested to by her mother | 6 |
| 2. Copy of Restraining Order against Mr. Morse | 9 |

1   THE COURT: What's the matter?

2   THE CLERK: Are we ready?

3   MR. LYNCH: Yes, we're ready to

4 go.

5   THE COURT: Let's go.

6   THE CLERK: Commonwealth versus

7 Timothy Morse.

8   All witnesses kindly rise and

9 raise your right hands please.

10   Do you solemnly swear that the

11 testimony you're about to give the

12 Court in the matter now in Hearing is

13 the truth, the whole truth and

14 nothing but the truth so help you

15 God?

16   WITNESSES: I do.

17   MR. LYNCH: Your Honor for the

18 record, James Lynch, Probation

19 Officer, Clinton District Court.

20   On June 18th I received a phone

21 call from Hope Bushey informing me

22 that she had had contact with the

23 Defendant, Timothy Morse. This

CATUOGNO COURT REPORTING SERVICES

One Monarch Place          145 Main Street         10 Commerce Way         1 Day Hill Road         Pittsfield, MA (413) 443-7263
1414 Main Street           Worcester, MA 01608-2302 Boston, MA 02110-1004  Windsor, CT 06095-1724  Hartford, CT (860) 525-3097
Springfield, MA 01144-1011 (508) 752-0540          (617) 723-4906                                  Call (888) CATUOGNO (228-8646)
(413) 732-5100

1  contact occurred in the Town of
2  Hudson and that is one of the basis
3  of violation of Probation.  There are
4  two other basis for the violation of
5  Probation, the failure to notify the
6  Probation Department of a change of
7  address, which Mr. Morse gave a
8  Hudson address upon his arraignment
9  here last Friday, and his failure to
10 register as a sex offender in the
11 Town of Hudson.
12       Your Honor at this time I would
13 like to call the victim to the stand
14 to give testimony as to the contact.
15 If we could call Hope Bushey to the
16 stand.
17       THE CLERK:  Hope Bushey take
18 the stand please.
19
20
21
22
23

TIMOTHY J. MORSE

(Witness Sworn)

DIRECT EXAMINATION BY MR. MORRISON

Q. (By Mr. Morrison) Could you please state your name please?

A. Timothy J. Morse.

Q. And what is your current address Mr. Morse?

A. It is currently 29 Elm Street, Hudson. I was in the process of moving to ...

THE COURT: No, that's your address.

Q. (By Mr. Morrison) And what address did you provide the Probation Department with?

A. 167 South Street in Berlin.

Q. And what was the reason for the change of address?

A. I was in the process of moving with my brother in Berlin.

Q. And where does your brother live?

CATUOGNO COURT REPORTING SERVICES
FAX (413) 739-4226
008

One Monarch Place          446 Main Street            10 Commercial Wharf      86 Day Hill Road         Pittsfield, MA (413) 443-7253
1414 Main Street           Worcester, MA 01608-2302   Boston, MA 02110-3706    Windsor, CT 06095-1724   Hartford, CT (860) 525-3097
Springfield, MA 01144-1011 (508) 752-0640             (617) 723-0640           (860) 525-3097           Call (888) CATUOGNO (228-8646)
(413) 732-8100

```
A.    167 South Street in Berlin.

Q.    And why didn't you move in with your
brother?

A.    I just bought a used car for $900 and
it needed some mechanical work so I was staying
with Sally and using her car to get to work while
the car was being repaired at the garage.

Q.    And where did Sally live?

A.    29 Elm Street.

Q.    In what town?

A.    Hudson, Mass.

Q.    And do you realize that one of the
charges against you was failure to notify the
Probation Department of a change of address?

A.    Yes.  I gave him 167 South Street.

Q.    Who is he?

A.    Mr. Lynch.

Q.    And when did you give him that
information?

A.    Ah, let's see ... May.

      MR. LYNCH:  That would have
been May 18th Your Honor.

      THE WITNESS:  May 18th.
```

CATUOGNO COURT REPORTING SERVICES
FAX (019) 739-4226

One Monarch Place          446 Main Street        10 Commercial Wharf     28 Day Hill Road       Pittsfield, MA  (413) 443-7250
1414 Main Street           Worcester, MA 01608-2902  Boston, MA 02110-3708  Windsor, CT 06095-1724  Hartford, CT (860) 525-3097
Springfield, MA 01144-1011  (508) 752-0340         (617) 723-0340          (860) 525-3097         Call (888) CATUOGNO (228-8646)

MR. LYNCH: When he was released from the House of Correction.

THE WITNESS: Okay.

Q. (By Mr. Morrison) Okay. And then did you ever live at that address?

A. I stayed there probably one night.

Q. And since that time have you ever given information to the Probation Department as to what your current address is?

A. No, but I left information at 167 South Street in case there was any conflict.

Q. Regarding the other allegation regarding the failure to register in ...

A. In Hudson?

Q. ... in the Town of Hudson, have you registered at all in any town?

A. In Berlin, yes because I ...

Q. When did you register in the Town of Berlin?

A. Probably the 18th, the same day, right after I left Probation.

Q. The 18th of which month?

CATUOGNO COURT REPORTING SERVICES
FAX: (413) 739-4226
010

One Monarch Place            445 Main Street        10 Commercial Wharf      86 Day Hill Road        Pittsfield, MA (413) 448-7263
1414 Main Street         Worcester, MA 01608-2302   Boston, MA 02110-3708   Windsor, CT 06095-1724   Hartford, CT (860) 525-3097
Springfield, MA 01144-1011    (508) 752-0640         (617) 723-3640          (860) 525-3097          Call (888) CATUOGNO (228-8646)
(413) 732-8100

MR. LYNCH: Objection Your Honor, it's irrelevant as to what he did in the Town of Berlin, he's living in Hudson and he didn't register in Hudson.

THE COURT: Thank you.

MR. LYNCH: The violation mentioned is in Hudson.

THE COURT: Okay, thank you. Sustained.

Q. (By Mr. Morrison) And then the last matter is, is that regarding the ... regarding the contact with the victim.

A. Yes.

Q. You heard the testimony of the victim?

A. Yes I did.

Q. And on or about ... on June 17th, 1998 at approximately five o'clock or five-fifteen, where were you?

A. Between five and five-fifteen I was at, I think it's Bordeux's Auto Repair Shop on Main Street. I talked to a guy named Tom, he

CATUOGNO COURT REPORTING SERVICES
FAX: (401)739-4226

One Monarch Place          448 Main Street          10 Commercial Wharf     83 Day Hill Road        Pittsfield, MA (413) 443-7263
1414 Main Street           Worcester, MA 01608-2302 Boston, MA 02110-3708   Windsor, CT 06095-1724  Hartford, CT (860) 525-3097
Springfield, MA 01144-1011 (508) 752-0640          (617) 723-0640          (860) 525-3597
(413) 732-8100

Exhibit 4



# Sex Offender Registry

I, Timothy Morse        (SON 6283 ) (LEVEL: 2    ) acknowledge that I have been advised of my duties to register as a sex offender pursuant to Massachusetts General Law ch. 6, s Sec. 178C through Q, including but not limited to those duties described below.

1. I must notify appropriate authorities* of any change to my residential address a minimum of ten (10) days prior to the change.

   A change in residential address includes moving to a different city or town within the Commonwealth, moving within a city or town, moving out of the Commonwealth, or establishing a secondary address.

   A secondary addresses is somewhere I lodge/live/stay for a period of 14 or more days in total during any calendar year; or a place where I routinely lodge/live/stay for a period of 4 or more days in any month (whether or not consecutive), including any out-of-state address.

2. I must notify appropriate authorities* of any change of employment address(es).

3. I must register with appropriate authorities* during the month of my birth, on an annual basis, regardless of any previous registration during the calendar year.

4. If I move into the Commonwealth from out of state, I must notify appropriate authorities* within two days of such move.

* Sex offenders classified as Level 2 or Level 3 who live in Massachusetts must contact, in person, the police department in the city/town in which they reside. Sex offenders classified as Level 2 or Level 3 who work in Massachusetts, but residing outside of Massachusetts, must contact in person the police department in the city/town in which they work. HOMELESS OFFENDERS MUST COMPLY WITH ALL OF THE ABOVE DUTIES EVERY 30 DAYS.

Unclassified sex offenders and sex offenders classified as Level 1 must contact the Sex Offender Registry directly in writing at: SORB PO Box 4547, Salem, MA 01970. Tel # (978) 740-6400.

**PLEASE BE ADVISED THAT FAILURE TO COMPLY WITH ANY ASPECT OF THE SEX OFFENDER LAWS COULD RESULT IN ARREST AND PROSECUTION.**

Comprendo que es mi obligación de tener esta forma traducida.

Offender Signature  _Timothy Morse_         Date  _10-31-12_

Witness Signature  _____         Date  _10-31-12_

Exhibit 5

# SEX OFFENDER REGISTRATION FORM

Unclassified & Level 1...Mail to: SORB PO Box 4547, Salem MA 01970
Level 2 & Level 3...Register at Police Department in City/Town of Residence

PD INSTRUCTIONS – Have registrant complete the form & sign. Attach photograph and fingerprint card. Submit to: SORB PO Box 4547, Salem, MA, 01970.

**SECTION A – Type/Status**
- [ ] Unclassified (Mail to SORB)
- [ ] Level 1 (Mail to SORB)
- [x] Level 2 (At PD)
- [ ] Level 3 (At PD)
- [ ] SVP (At PD)   SON: 6283

**SECTION B – Contributing Police Department/Agency Information**
PD or Agency Name: Clinton PD.
Reporting Officer/Person: Det Edward Brescia   Tel#: (978) 365-4111

**SECTION C – Registrant Information**
Name: Morse (LAST), Timothy (FIRST), John (MIDDLE)   SSN: [redacted]   Alien #: 
Other Name(s) Used:    DOB: [redacted]   POB: Marlboro, MA
Race: white   Sex: Male   Hair Color: brown   Eye Color: blue   Height: 5' 9"   Weight: 185 lbs
Scars/Marks/Tattoos: None   Driver's License or ID#: [redacted]
Are You Registered as a Sex Offender in Another State: [x] NO [ ] YES   If YES, which state: ___   and at what LEVEL ___

**SECTION D – Current Residence Address** (Confirmed with 2 forms of verification)
Street Address: [redacted]
Clinton / Worcester
MA / 01510 / 978-[redacted]

Secondary OR Out of State Address (If different than Residence)
Street Address: ___

Mailing Address: Same

Homeless (Must register every 45 days)

**SECTION E – Vehicle, Mobile Home, Trailer, Manufactured Home, Vessel**
Description (Year/make/model/color scheme): 1999 SAAB 9-3 4 door hatchback color green
License Plate #: [redacted]   State: MASS
Expiration Year: 2012   VIN#: [redacted]

Closest Living Relative
Name: Stephen [redacted]   Relationship: brother
Address: [redacted] Northboro / Worcester / MA / [redacted]

**SECTION F – Employment:** [x] Employed  [ ] Self-Employed  [ ] Unemployed  [ ] Volunteer
Employer: [redacted]
Address: [redacted]

Employer: [redacted]
Address: [redacted]

**SECTION G – Campus Activity** [ ] Student   Start Date ___   Ending Date ___
University/College/School Name: ___   Campus: ___
Address: ___

**SECTION H – Please Read Carefully Before Signing** – You are advised that you must notify, in writing, the Sex Offender Registry Board and the Police Department in the city or town in which you reside not less than 10 days prior to any change in residence, employment, or attendance at an institute of higher learning. You are further advised that you are required to immediately contact and advise of your presence, the appropriate authorities in any other state in which you locate yourself for the purpose of residence, employment, or attendance at an institute of higher learning. Failing to do so may subject you to criminal prosecution.

[x] I have read and understand the above requirements, OR [ ] the requirements were read to me and I understand these requirements. I do hereby attest that the information I have provided is true and accurate. Signed, this 20 day of October 2010, under the pains and penalties of perjury.

Signature of Registrant: Timothy Morse
Signature of Witness: Edward Brescia

013

**PERSONAL IDENTIFICATION**
SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS

SIGNATURE OF PERSON FINGERPRINTED: X Timothy Morse
RESIDENCE OF PERSON FINGERPRINTED:

PERSON TO BE NOTIFIED IN CASE OF EMERGENCY
NAME
ADDRESS

FINGERPRINTED BY: Det. [signature]

LAST NAME
FINGERPRINT
DATE FING'
SOCIAL SEC
MISCELLAN
SCARS AND

ID NO: 014266
MORTIMJ
MORSE, TIMOTHY JOHN

CLINTON POLICE DEPARTMENT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | | |



May 31, 2005

Exhibit 6

Sex Offender Registry Board
P.O Box 4547
Salem MA, 01970

Dear Sir or Madam:

    This letter is to inform the Board of my attending ▆▆▆▆ College in the month of June and within the year 2005. The Course will consist of Business related studies which will be the scholastic equivalent of a Masters degree. This notification is with the stipulations of my obligated duties, which is written under Mass General Law Chapter 6. Sub section 178 e - p

Sincerely,

Timothy J Morse

*Timothy J Morse* (signature)

016


College

March 22, 2005

Timothy Morse

Dear Timothy,

Thank you for applying to ▮▮▮▮▮▮ College. This letter is to confirm that we have received your application and it has been processed. If you have any questions, please feel free to contact the following departments:

> **For the Admissions Process, please contact your Admissions Representative, Joy King at 9787380502**
>
> **To check the status of your Admissions Folder, please contact the Data Information Processing Center at 1-800-877-4723, ext. 1447.**
>
> **For the Financial Aid Office please call 1-800-877-4723, ext. 1440.**
>
> **If you have any questions regarding billing, please call the Bursar's Office at 1-800-877-4723, ext. 1326.**

We look forward to having you join the Cambridge College community in the near future!

Sincerely,

Data Information Processing Manager
Enrollment Services

017

Exhibit 7



RECEIVED OCT 10 2007

## SEX OFFENDER REGISTRATION FEE INVOICE

Pursuant to G.L. c. 6, § 178Q and 803 CMR 1.28 – 1.30, as a finally classified registered sex offender, you are required to pay an annual registration fee of $75.00 to the Sex Offender Registry Board.

Name: Timothy Morse

SO#: [redacted]

STATE: MA   ZIP: 01331

Instructions: Legibly PRINT the information required in the spaces provided above. Return this invoice with a bank check or money order in the amount of $75.00 in the provided envelope. DO NOT SEND CASH. Make the bank check or money order payable to "The Commonwealth of Massachusetts." Be sure to write your SO# on the bank check or money order. Payment must be received no later than 30-days after you register.

[✓] I am currently indigent and unable to pay $75.00.

Signature: Timothy Morse    Date: 10-04-07

018